391 A.2d 692

Commonwealth v. Derrick Mays, Appellant.

Submitted March 30, 1977. Elaine DeMasse and Anne Skwiersky, Assistant Defenders, for appellant; William C. Turnoff and Robert B. Lawler, Assistant District Attorneys, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.